IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID MARQUART, | : | No. 1:23cv1095 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| AMAZON.COM SERVICES, LLC, | : | |
| Defendant | : | |

## ORDER

AND NOW, to wit, this 22nd day of January 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Amazon.com Services LLC's motion for summary judgment, (Doc. 44), is **DENIED**; and

2) A pre-trial conference will be scheduled by way of separate court order.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court